

# NUMBER 13-13-00420-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

COURTNEY HINOJOSA,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

## On appeal from the 24th District Court
## of De Witt County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Courtney Hinojosa, was convicted of tampering with or fabricating physical evidence. On December 12, 2013, this Court abated the appeal because of counsel's failure to file a brief and instructed the trial court to make findings as to whether the appellant desires to prosecute this appeal.

Based on the trial court hearing, the trial court judge found that appellant does not wish to prosecute her appeal and counsel's failure to file a brief is consistent with

appellant's desire.

Although no written motion has been filed in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure, based upon the evidence at the hearing that appellant does not want to continue her appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of February, 2014.